739 A.2d 161

**Beatrice KATZ, Appellant,**

v.

**John J. LAMB and Mesirov Gelman Jaffe Cramer & Jamieson, Appellees.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1999.

Decided Nov. 8, 1999.

Jonathan Wheeler, Philadelphia, for Beatrice Katz.

Anthony Creato, Philadelphia, for John J. Lamb and Mesirov Gelman Jaffe Cramer & Jamieson.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.